PERKINS *v.* WEST.

GILBERT, J. 1. Where a plaintiff fails to make out a prima facie case, a verdict for the defendant should not be directed, but a judgment of nonsuit should be entered. *Barnes* v. *Carter*, 120 *Ga.* 895 (48 S. E. 387).

2. Under the evidence in this case it was error not to submit to the jury the issue as to whether the deed in question was intended by the parties to secure the debt due by the plaintiff in error to the defendant in error.
*Judgment reversed. All the Justices concur.*
MAY 1, 1917.

Equitable petition. Before Judge Wright. Floyd superior court. May 1, 1916.

*C. I. Carey* and *John W. Bale,* for plaintiff.

*John Camp Davis* and *W. S. Rowell,* for defendant.